UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
In re:                                                                                              Chapter 11

ORION HEALTHCORP, INC.,[1]                                               Case No. 18-71748 (AST)

                                        Debtors.                     (Jointly Administered)
---------------------------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP,
INC., ET AL.,

                                         Plaintiff,
                                                                              Adv. Pro. No. 20-08036 (AST)
    v.

ALLSCRIPTS HEALTHCARE, LLC; ALLSCRIPTS
HEALTHCARE SOLUTIONS, INC,

                                        Defendants.
---------------------------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al., hereby dismisses his Complaint, with prejudice, as against Defendants Allscripts Healthcare, LLC; Allscripts Healthcare Solutions, Inc (the "Defendants") in the above-captioned adversary proceeding (Adv. Proc. No. 20-08036 (AST)). The Defendants have not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

| | |
|---|---|
| Dated: New York, New York<br>November 23, 2020 | */s/ Jeffrey P. Nolan*<br>Ilan D. Scharf, Esquire<br>Jeffrey P. Nolan, Esquire (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Telephone:    (212) 561-7700<br>Facsimile:     (212) 561-7777<br><br>*Counsel for the Plaintiff,*<br>*Howard M. Ehrenberg in his capacity*<br>*as Liquidating Trustee of Orion Healthcorp, Inc., et al.* |